UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 14, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Farrell Maharaj, ) <br> ) <br> _____ ) <br> Defendant. | Case No. 2:06-mj-196 KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Farrell Maharaj_ Case No. _2:06-mj-196 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   $100,000 Unsecured Appearance Bond signed by the defendant and his father, to be replaced by secured bond within 2 weeks

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _7/14/06_ at _3:10 p.m._

By _____
Kimberly J. Mueller
United States Magistrate Judge