**THE LAW OFFICES OF MARK J. REICHEL**
**655 UNIVERSITY AVENUE, SUITE 215**
**SACRAMENTO, CA 95825**
**(916) 974 7033  Fax (916) 927-2009**
**mreichel@donaldhellerlaw.com**

# M E M O R A N D U M

DATE:       July 19, 2006

TO:         CONNIE FARNSWORTH
            Courtroom clerk to the Honorable Kimberly J. Mueller

FROM:       Mark Reichel

SUBJECT:    U.S. v. Farrell Maharaj
            CR.S-06mj-0196 KJM

---

    This memo is to request a one week continuance in the time for the posting of the collateral in this case, up to and including August 4, 2006.

    Mr. Maharaj has retained the Law Offices of Mark Reichel in this matter, and Mr. Reichel is leaving to go out of town from Thursday July 20, 2006 and returning August 1, 2006. Mr. Reichel will not be able to assist Mr. Maharaj in the posting of this security and co1lateral.

    Mr. Reichel has spoken with both AUSA Mathew Segal and US PTS Officer Gina Fabian who do not oppose this request.

### ORDER

    It is hereby ordered that the date for the posting of the collateral on the bond in this case is re set from July 28, 2006 to and including August 4, 2006.  All other orders of the court in regard to bail shall remain in full force and effect.

DATED: July 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

    cc:  M. Segal, USA
         G. Fabian, PTS